IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Overton, Aisha

Printed: 01/22/09

Case Number: 05 B 24932
Judge: Hollis, Pamela S
Filed: 6/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 12, 2008
Confirmed: August 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,926.46 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 815.98 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,905.50 |
| Trustee Fee: |  | 157.49 |
| Other Funds: |  | 47.49 |
| Totals: | 2,926.46 | 2,926.46 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.50 | 1,905.50 |
| 2. | Peoples Energy Corp | Unsecured | 14.31 | 15.79 |
| 3. | Jefferson Capital | Unsecured | 56.50 | 78.09 |
| 4. | Asset Acceptance | Unsecured | 52.87 | 73.07 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 440.97 | 612.37 |
| 6. | RJM Acquisitions LLC | Unsecured | 26.54 | 36.66 |
| 7. | Car Town | Secured |  | No Claim Filed |
| 8. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 9. | CBCS | Unsecured |  | No Claim Filed |
| 10. | Encore | Unsecured |  | No Claim Filed |
| 11. | Professional Account Management | Unsecured |  | No Claim Filed |
| 12. | Debt Credit | Unsecured |  | No Claim Filed |
| 13. | F W LLC | Unsecured |  | No Claim Filed |
| 14. | Kmart Corp | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | MRSI | Unsecured |  | No Claim Filed |
| 18. | Professional Account Management | Unsecured |  | No Claim Filed |
| 19. | Car Town | Unsecured |  | No Claim Filed |
| 20. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 21. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 2,496.69 | $ 2,721.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Overton, Aisha

Printed: 01/22/09

Case Number:  05 B 24932
Judge:  Hollis, Pamela S
Filed:  6/23/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 49.42 |
| 5% | 7.60 |
| 4.8% | 22.53 |
| 5.4% | 51.07 |
| 6.5% | 26.94 |
| 6.6% | (0.07) |
|  | $ 157.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

